# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2020

160865

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

DWAYNE RODNEY MILLER,
   Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160865
COA: 351204
Macomb CC: 2018-000276-FC

   On order of the Court, the application for leave to appeal the December 12, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2020



Clerk

t0622